UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York Immigration Coalition, and J.V., individually and as next friend to her future child,<br><br>*Plaintiffs*<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity;<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity;<br><br>U.S. DEPARTMENT OF STATE, Marco Rubio, Secretary of State, in his official capacity;<br><br>U.S. DEPARTMENT OF JUSTICE, Pamela Jo Bondi, Attorney General of the United States, in her official capacity;<br><br>THE CENTERS FOR MEDICARE AND MEDICAID SERVICES, Stephanie Carlton, Acting Administrator of the Centers for Medicare and Medicaid Services, in her official capacity; | **CIVIL ACTION NO:**<br><br>25-cv-1309 |

| |
|---|
| SOCIAL SECURITY ADMINISTRATION, Michelle King, Acting Commissioner for Social Security, in her official capacity.<br><br>*Defendants*. |

**APPEARANCE OF COUNSEL**

To:   The clerk and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs New York Immigration Coalition, and J.V., individually and as next friend to her future child.

Date: February 13, 2025

Respectfully Submitted,

/s/ *Cesar Z. Ruiz*

Cesar Z. Ruiz  (Bar No. 5934526)

475 Riverside Drive,

New York, NY 10115

212.392.4752