AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                           *Signature of Clerk or Deputy Clerk*

# RIDER:

# REQUESTS FOR SUMMONS

1. **Acting U.S. Attorney for the Southern District of New York United**

    To: Matthew Podlosky, Acting U.S. Attorney for the Southern District of New York

    United States Attorney's Office

    86 Chambers Street, 3rd Floor

    New York, NY 10007

2. **United States Department of Justice**

    To: United States Department of Justice

    950 Pennsylvania Avenue NW

    Washington DC 20530-0001

3. **Pamela Jo Bondi United States Attorney General**

    To: Pamela Jo Bondi, Attorney General of the United States

    950 Pennsylvania Avenue NW

    Washington DC 20530-0001

4. **Donald J. Trump, President of the United States**

    To: Donald J. Trump, President of the United States

    1600 Pennsylvania Avenue NW

    Washington, DC 20500

5. **U.S. Dept. of Homeland Security**

    To: Office of the General Counsel of United States Department of Homeland Security

    245 Murray Lane, SW Mail Stop 0485

    Washington, DC 20528-0485

6. **Kristi Noem, Secretary of the United States Department of Homeland Security**

   To: Kristi Noem, Secretary of the United States Department of Homeland Security

   245 Murray Lane, SW Mail Stop 0485

   Washington, DC 20528-0485

7. **Center for Medicare and Medicaid Services**

   To: Center for Medicare and Medicaid Services

   7500 Security Boulevard,

   Baltimore, MD 21244

8. **Stephanie Carlton Acting Administrator of Center for Medicare and Medicaid Services**

   To: Stephanie Carlton Acting Administrator of Center for Medicare and Medicaid Services

   7500 Security Boulevard,

   Baltimore, MD 21244

9. **Social Security Administration**

   To: The General Counsel of Social Security Administration

   Room 617, Altmeyer Building

   6401 Security Boulevard

   Baltimore, MD 21235-6401

10. **Acting Commissioner for the Social Security Administration**

    To: Acting Commissioner for the Social Security Administration

    Room 617, Altmeyer Building

    6401 Security Boulevard

    Baltimore, MD 21235-6401

11. **U.S. Department of State**

    To: United States Department of State, Executive Office of the Legal Advisor and Bureau of Legislative Affairs

    Suite 5.600, 600 19th Street NW

    Washington, DC 20522

12. **Marco Rubio United States Secretary of State**

    To: Marco Rubio, United States Secretary of State

    Suite 5.600, 600 19th Street NW

    Washington, DC 20522