AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| New York Immigration Coalition, and J.V., individually and as next friend to her future child, *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 25-cv-1309 |
| DONALD J. TRUMP, President of the United States, in his official capacity et al. *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Francisca Fajana
Cesar Z. Ruiz
475 Riverside Drive, Suite 1901
New York, NY 10115
FFajana@latinojustice.org
CRuiz@latinojustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/27/2025

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig* (signature)

# RIDER:

# REQUESTS FOR SUMMONS

1. <u>**U.S. Department of Justice**</u>

    To: U.S. Department of Justice

    950 Pennsylvania Avenue NW

    Washington DC 20530-0001

2. <u>**Pamela Jo Bondi, Attorney General of the United States, in her official capacity**</u>

    To: Pamela Jo Bondi, Attorney General of the United States, in her official capacity

    950 Pennsylvania Avenue NW

    Washington DC 20530-0001

3. <u>**Donald J. Trump, President of the United States, in his official capacity**</u>

    To: Donald J. Trump, President of the United States, in his official capacity

    1600 Pennsylvania Avenue NW

    Washington, DC 20500

    To: Under care of Donald J. Trump, President of the United States, in his official capacity

    Matthew Podlosky, Acting U.S. Attorney for the Southern District of New York

    United States Attorney's Office

    86 Chambers Street, 3rd Floor

    New York, NY 10007

4. <u>**U.S. Department of Homeland Security**</u>

    To: U.S. Department of Homeland Security under care of Office of the General Counsel

    of U.S. Department of Homeland Security

    245 Murray Lane, SW Mail Stop 0485

    Washington, DC 20528-0485

5. **<u>Kristi Noem, Secretary of the U.S. Department of Homeland Security in her official capacity</u>**

    To: Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity

    245 Murray Lane, SW Mail Stop 0485

    Washington, DC 20528-0485

6. **<u>The Centers for Medicare and Medicaid Services</u>**

    To: The Centers for Medicare and Medicaid Services

    7500 Security Boulevard

    Baltimore, MD 21244

7. **<u>Stephanie Carlton Acting Administrator of the Centers for Medicare and Medicaid Services in her official capacity</u>**

    To: Stephanie Carlton Acting Administrator of the Centers for Medicare and Medicaid Services, in her official capacity

    7500 Security Boulevard

    Baltimore, MD 21244

8. **<u>Social Security Administration</u>**

    To: Social Security Administration under the care of the General Counsel of Social Security Administration

    Room 617, Altmeyer Building

    6401 Security Boulevard

    Baltimore, MD 21235-6401

9. **Michelle King, Acting Commissioner for Social Security in her official capacity**

   To: Michelle King, Acting Commissioner for Social Security in her official capacity

   Room 617, Altmeyer Building

   6401 Security Boulevard

   Baltimore, MD 21235-6401

10. **U.S. Department of State**

    To: U.S. Department of State under care of Executive Office of the Legal Advisor and

    Bureau of Legislative Affairs

    Suite 5.600, 600 19th Street NW

    Washington, DC 20522

11. **Marco Rubio Secretary of State in his official capacity**

    To: Marco Rubio, Secretary of State in his official capacity

    Suite 5.600, 600 19th Street NW

    Washington, DC 20522