UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York Immigration Coalition, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO:<br>25-cv-01309-MMG |

**NOTICE OF PLAINTIFFS' MOTION**
**FOR A PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Plaintiffs will move this Court at such time as the Court may wish to hear the parties for preliminary injunctive relief. As described more fully in the supporting memorandum and declarations, Plaintiffs seek an order during the pendency of this action, enjoining Defendants from implementing and enforcing Executive Order 14160, *Protecting the Meaning and Value of American Citizenship*.

In support of the motion, Plaintiffs file their Memorandum of Law in Support of the Motion for Preliminary Injunction, the Declaration of Plaintiff J.V.,

the Declaration of Plaintiff D.F., the Declaration of the New York Immigration Coalition, the Declaration of Plaintiff Rural Migrant Ministry, and the Declaration of Mariana Lopez with attached Exhibits A-F.

Dated: March 21, 2025
New York, New York

                                            By: /s/ Francisca D. Fajana
                                            Francisca D. Fajana
                                            Cesar Z. Ruiz
                                            LatinoJustice PRLDEF
                                            475 Riverside Drive, Suite 1901
                                            New York, NY 10115
                                            212.319.3360
                                            FFajana@latinojustice.org
                                            CRuiz@latinojustice.org