# Declaration of Rural & Migrant Ministry (RMM)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York Immigration Coalition, et al., <br><br> *Plaintiffs* <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, in his official capacity, et al., <br><br> *Defendants* | **CIVIL ACTION NO:** 25-cv-1309 |

## DECLARATION OF REVEREND RICHARD WITT, EXECUTIVE DIRECTOR OF THE RURAL & MIGRANT MINISTRY

I, Reverend Richard Witt, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. I am the Executive Director of the Rural & Migrant Ministry ("RMM"). I have been in this position since 1991.

3. As the Executive Director of RMM, I oversee the organization's programming, including RMM pastoral services, education, advocacy, arts and community activities.

**Background on RMM**

4. RMM was established in 1981 and is a grassroots nonprofit organization committed to migrant justice, equity, and civic integration. RMM provides essential material and moral support for migrant and immigrant families.

5. Each year, RMM serves over 50,000 individuals, about 90 percent of whom are Latino, and many of whom have temporary status or are undocumented. RMM's services include the Immigrant Legal Rights Project, childcare, Youth Empowerment, and the Rural Women's Assembly.

**The Impact of the Birthright Citizenship Ban**

6. Executive Order 14160 ("the birthright citizenship ban") will impact the individuals that RMM serves. I believe that RMM's rural members whose immigration statuses are targeted by the ban already suffer isolation, systemic injustice, and discrimination and will be subjected to further marginalization by excluding their U.S.-born children from the privileges and immunities of American citizenship.

7. The U.S.-born children of the individuals we serve will be targeted for their national origin and noncitizen status and will be denied critical healthcare

benefits, social security cards, and United States passports, and will be rendered stateless.

8. For example, RMM's Rural Women's Assembly assists rural women facing issues such as poverty, prejudice, gender violence, and inadequate childcare and healthcare. The Assembly serves over two hundred women and includes expectant mothers and people who plan to grow their families and whose immigration status is targeted by the birthright citizenship ban.

9. RMM member, K.R. is five months pregnant. She is Guatemalan. K.R. and the father of her unborn child are noncitizens whose statuses are targeted by the birthright citizenship ban. K.R. is concerned that her unborn child will be excluded from the benefits of American citizenship, including the denial of critical healthcare benefits, and rendered stateless.

10. I provide this declaration in support of Plaintiffs' motion for a preliminary injunction to enjoin enforcement and implementation of the Executive Order banning birthright citizenship.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 20, 2025

Rev. Richard Witt