# Declaration of Mariana Lopez

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

New York Immigration Coalition, et al.,

      *Plaintiffs*

v.

DONALD J. TRUMP, President of the United States, in his official capacity, et al.,

      *Defendants*

**CIVIL ACTION NO:** 25-cv-1309

## DECLARATION OF MARIANA LOPEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

I, Mariana Lopez, upon my personal knowledge, hereby submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am more than 18 years of age and competent to testify, upon personal knowledge, to the facts set forth herein.

2. My name is Mariana Lopez, and I am a Legal Fellow at LatinoJustice PRLDEF; in that capacity I am part of the legal team that represents the

plaintiffs in the above-captioned matter. I make this declaration in support of Plaintiffs' motion for a preliminary injunction.

3. Attached hereto as exhibits are true and accurate copies of the following documents.

- Exhibit A - Executive Order 14160 from January 20, 2025.

- Exhibit B - Form DS-11, Application for a U.S. Passport.

- Exhibit C - Social Security Numbers for Children eligibility requirements.
- Exhibit D - Medicare & Medicaid Eligibility.

- Exhibit E - Affordable Care Act Eligibility.

- Exhibit F - SNAP for Non-Citizens Eligibility.


I declare under penalty of perjury that the foregoing is true and correct.


DATED: March 20, 2025          _____
                                            Mariana Lopez