

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 31, 2025

**By ECF**
The Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   N*ew York Immigration Coalition, et al. v. Donald J. Trump, et al.*, 25 Civ. 1309 (MMG)

Dear Judge Garnett:

    This Office represents the defendants in the above-referenced matter. I am writing pursuant to Your Honor's Individual Rules and Practices Regarding Matters in which the United States Attorney for the Southern District of New York Represents a Party respectfully to advise the Court that this matter does not fall within the recusal parameters set forth in those rules. I apologize for the delay in submitting that information to the Court.

    I am also writing respectfully to request a two-week extension of defendants' time to respond to Plaintiffs' motion for a preliminary injunction (ECF No. 19), from Friday, April 4 to Friday, April 18, 2025. The Executive Order which Plaintiffs are challenging in this case is currently the subject of three nationwide injunctions, which are all pending before the United States Supreme Court on defendants' application for a stay. *See Trump, et al. v. New Jersey, et al.*, Application No. 24A886 (U.S. Supreme Court, Mar. 13, 2025). The parties are exploring whether they may be able to reach an agreement to stay this case, subject to the Court's approval, pending further appellate review in those other cases. This is defendants' first request for an extension of the deadline to respond to Plaintiffs' motion for a preliminary injunction. Plaintiffs take no position with respect to defendants' extension request.

    Thank you for your attention to this matter.

    Respectfully,

    MATTHEW PODOLSKY
    Acting United States Attorney for the
    Southern District of New York

By:    */s/ Jeffrey Oestericher*
    JEFFREY OESTERICHER
    Assistant United States Attorney
    Tel.:  (212) 637-2695
    Email: jeffrey.oestericher@usdoj.gov