

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

March 31, 2025

**By ECF**
The Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *New York Immigration Coalition, et al. v. Donald J. Trump, et al.*, 25 Civ. 1309 (MMG)

Dear Judge Garnett:

This Office represents the defendants in the above-referenced matter. I am writing pursuant to Your Honor's Individual Rules and Practices Regarding Matters in which the United States Attorney for the Southern District of New York Represents a Party respectfully to advise the Court that this matter does not fall within the recusal parameters set forth in those rules. I apologize for the delay in submitting that information to the Court.

I am also writing respectfully to request a two-week extension of defendants' time to respond to Plaintiffs' motion for a preliminary injunction (ECF No. 19), from Friday, April 4 to Friday, April 18, 2025. The Executive Order which Plaintiffs are challenging in this case is currently the subject of three nationwide injunctions, which are all pending before the United States Supreme Court on defendants' application for a stay. *See Trump, et al. v. New Jersey, et al.*, Application No. 24A886 (U.S. Supreme Court, Mar. 13, 2025). The parties are exploring whether they may be able to reach an agreement to stay this case, subject to the Court's approval, pending further appellate review in those other cases. This is defendants' first request for an extension of the deadline to respond to Plaintiffs' motion for a preliminary injunction. Plaintiffs take no position with respect to defendants' extension request.

Thank you for your attention to this matter.

Respectfully,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

*/s/ Jeffrey Oestericher*
JEFFREY OESTERICHER
Assistant United States Attorney
Tel.: (212) 637-2695
Email: jeffrey.oestericher@usdoj.gov

---

GRANTED. The deadline for Defendants to respond to Plaintiffs' motion for a preliminary injunction is hereby EXTENDED until **April 18, 2025**. Should the parties reach agreement on a stay or other arrangement to hold the motion in abeyance prior to that date, they shall so inform the Court promptly.

SO ORDERED. Dated April 1, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE