UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK IMMIGRATION COALITION, *et al.*,<br><br>     Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>     Defendants. | No. 25 Civ. 1309 (MGG)<br><br>**NOTICE OF MOTION** |

  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion for a Stay, dated April 10, 2025, Defendants Donald J. Trump, in his official capacity as President of the United States, Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security, Marco Rubio in his official capacity as Secretary of State, Pamela Jo Bondi, in her official capacity as Attorney General of the United States, Stephanie Carlton, in her official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services, and Leland Dudek, in his official capacity as Acting Commissioner of the Social Security Administration, by their attorney, Matthew Podolsky, Acting United States Attorney for the Southern District of New York, hereby move this Court before the Honorable Margaret M. Garnett, on April 11, 2025, or as soon thereafter as they may be heard, for an Order staying this case.

Dated: New York, New York
April 11, 2025

                                      Respectfully submitted,

                                      MATTHEW PODOLSKY
                                      Acting United States Attorney

                                      By: */s/ Jeffrey Oestericher*
                                      JEFFREY OESTERICHER
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd Floor
                                      New York, NY 10007
                                      Telephone: (212) 637-2695
                                      Email: jeffrey.oestericher@usdoj.gov