

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 17, 2025

**By ECF**
The Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re:   *New York Immigration Coalition, et al. v. Donald J. Trump, et al.*, 25 Civ. 1309 (MMG)

Dear Judge Garnett:

     This Office represents the defendants in the above-referenced matter. As the Court is aware, the Government has filed applications in the U.S. Supreme Court seeking a partial stay of three nationwide injunctions enjoining Executive Order 14160, Protecting the Meaning and Value of American Citizenship. I write respectfully to bring to the Court's attention that today, the U.S. Supreme Court issued the attached Order scheduling oral argument on those applications for May, 15, 2025.

     Thank you for your attention to this matter.

                        Respectfully,

                        MATTHEW PODOLSKY
                        Acting United States Attorney for the
                        Southern District of New York

         By:   */s/ Jeffrey Oestericher*
                JEFFREY OESTERICHER
                Assistant United States Attorney
                Tel.:   (212) 637-2695
                Email: jeffrey.oestericher@usdoj.gov