

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

---

*86 Chambers Street
New York, New York 10007*

April 28, 2025

**By ECF**
The Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *New York Immigration Coalition, et al. v. Donald J. Trump, et al.*, 25 Civ. 1309 (MMG)

Dear Judge Garnett:

    This Office represents the defendants ("Defendants") in the above-referenced matter. I write respectfully to request a thirty-day extension of Defendants' time to respond to Plaintiffs' Amended Complaint (ECF No. 15), from Monday, May 5, 2025 until Wednesday June 4, 2025. Plaintiffs have kindly consented to this extension request. This is Defendants' first request for an extension of their deadline to respond to the Amended Complaint.

    Thank you for your attention to this matter.

    Respectfully,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:  */s/ Jeffrey Oestericher*
    JEFFREY OESTERICHER
    Assistant United States Attorney
    Tel.: (212) 637-2695
    Email: jeffrey.oestericher@usdoj.gov