

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 28, 2025

**By ECF**
The Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *New York Immigration Coalition, et al. v. Donald J. Trump, et al.*, 25 Civ. 1309 (MMG)

Dear Judge Garnett:

    This Office represents the defendants ("Defendants") in the above-referenced matter. I write respectfully to request a thirty-day extension of Defendants' time to respond to Plaintiffs' Amended Complaint (ECF No. 15), from Monday, May 5, 2025 until Wednesday June 4, 2025. Plaintiffs have kindly consented to this extension request. This is Defendants' first request for an extension of their deadline to respond to the Amended Complaint.

    Thank you for your attention to this matter.

> GRANTED. Defendants' deadline to respond to the Amended Complaint in hereby EXTENDED until **June 4, 2025.**
>
> SO ORDERED. Dated April 30, 2025.
>
> *[signature]*
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:  */s/ Jeffrey Oestericher*
     JEFFREY OESTERICHER
     Assistant United States Attorney
     Tel.:  (212) 637-2695
     Email: jeffrey.oestericher@usdoj.gov