

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 31, 2025

**By ECF**
The Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *New York Immigration Coalition, et al. v. Donald J. Trump, et al.*, 25 Civ. 1309 (MMG)

Dear Judge Garnett:

    This Office represents the defendants ("Defendants") in the above-referenced matter.  I write respectfully to request a thirty-day extension of Defendants' time to respond to Plaintiffs' Amended Complaint (ECF No. 15), from Wednesday June 4, 2025, to Monday, July 7, 2025. Plaintiffs take no position with respect to this extension request.  This is Defendants' second request for an extension of their deadline to respond to the Amended Complaint; Defendants response to the Amended Complaint was originally due on May 5, 2025.

    I also respectfully request that the pre-trial conference scheduled for Thursday, June 12, 2025 at 9:30 a.m. (ECF No. 17), be adjourned to a date on or after July 7, 2025.  Plaintiffs also take no position with respect to that request.

    Thank you for your attention to this matter.

GRANTED.  Defendants' deadline to respond to the Amended Complaint is hereby EXTENDED until **July 7, 2025**.

The Initial Pretrial Conference previously scheduled for June 12, 2025 is ADJOURNED until **July 14, 2025 at 9:30 A.M.**  Accordingly, the deadline for the parties' pre-conference joint submissions is also ADJOURNED until **July 10, 2025**.

SO ORDERED.  Dated June 3, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:   */s/ Jeffrey Oestericher*
    JEFFREY OESTERICHER
    Assistant United States Attorney
    Tel.:  (212) 637-2695
    Email: jeffrey.oestericher@usdoj.gov