

**Lourdes M. Rosado**
President and General Counsel

July 2, 2025

**By ECF**

The Honorable Margarett M. Garrett
United States District Judge
Southern District of New York
500 Pearl Street,
New York, New York 10007

    Re:   *New York Immigration Coalition, et al. v. Donald Trump, et al.*
            25-cv-1309 (MMG)

Dear Judge Garnett:

    Pursuant to this Court's Order dated June 27, 2025, requiring Plaintiffs to advise the Court by letter, whether they intend to amend their Complaint, substitute individual plaintiff, or submit supplemental briefing on their motion for Preliminary Injunction, Plaintiffs write to apprise the Court that they intend to so proceed.

    By July 9, 2025, as the Court directed, Plaintiffs will file a Second Amended Complaint, adding one or more individual plaintiff(s) and asserting class action allegations, along with supporting papers. Plaintiffs also will file supplemental briefing in support of their motion for a Preliminary Injunction.

    Thank you for your attention in this regard.

    Respectfully,

    */s/ Francisca D. Fajana*
    Francisca D. Fajana
    Cesar Z. Ruiz
    Mariana Lopez

    Counsel for Plaintiffs

---

Pursuant to the Court's June 27, 2025 Order (Dkt. No. 41), the Court sets the following expedited briefing schedule for Plaintiffs' forthcoming supplemental brief in support of their motion for a Preliminary Injunction: Defendants' opposition is due on **July 16, 2025**. Plaintiffs' reply is due on **July 21, 2025**. In light of the above, the conference previously scheduled for July 14, 2025, is adjourned *sine die*.

SO ORDERED. Dated July 2, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

---

475 Riverside Drive, Suite 1901
New York, NY 10027
212-219-3360
800-328-2322

4700 Millenia Blvd., Suite 500
Orlando, FL 32839
321-250-2853

611 S. Congress Ave., Ste. 450D
Austin, TX 78704
512-649-9129

latinojustice.org