UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York Immigration Coalition; J.V., individually and as next friend to V.V.; D.F., individually and as next friend to G.F.; M.P., individually and as next friend to her future child; and Rural & Migrant Ministry, on behalf of themselves and all others similarly situated,<br><br>  *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al*.,<br><br>  *Defendants*. | CIVIL ACTION NO: 25-cv-01309-MMG |

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

  The Named Plaintiffs move, pursuant to Fed. R. Civ. P. 23(a) and (b)(2), on behalf of themselves and all others similarly situated, that this Court certify a class defined as "all persons born in the United States on or after February 19, 2025, who have been or will be denied birthright citizenship because their parents' immigration statuses are the subject of Executive Order 14160."

  As set forth in Plaintiffs' accompanying memorandum of law in support of their motion for class certification, declarations in support of both class

certification and supplemental briefing in further support of Plaintiffs' motion for a preliminary injunction, and Plaintiffs' Second Amended Complaint, the Named Plaintiffs satisfy the requirements for class certification under Rule 23.

The Named Plaintiffs respectfully request that they be appointed Class Representatives, and that their counsel of record be appointed Class Counsel.

WHEREFORE, the Named Plaintiffs request that their motion for class certification under Rule 23(a) and (b)(2) be granted.

Dated this 9th day of July, 2025

        Respectfully submitted,

        By: */s/ Francisca D. Fajana*
        Francisca D. Fajana
        Cesar Z. Ruiz
        Mariana C. Lopez
        Michael Asparrin*

        LatinoJustice PRLDEF
        475 Riverside Drive, Suite 1901
        New York, NY 10115
        212.219.3360
        FFajana@latinojustice.org
        CRuiz@latinojustice.org
        MLopez@latinojustice.org
        MAsparrin@latinojustice.org

*Application for admission forthcoming.