UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York Immigration Coalition et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, et al.<br><br>    *Defendants*. | CIVIL ACTION NO:<br>25-cv-01309-MMG |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a) and consistent with the Court's Order, ECF No. 41, Plaintiffs hereby move for leave to file a Second Amended Complaint, attached as Exhibit 1. Plaintiffs' proposed Second Amended Complaint introduces four amendments: it adds class allegations; one new cause of action; one new plaintiff; and it updates factual allegations. Pursuant to Local Rule 15.1, attached as Exhibit 2 is the redlined version of Plaintiffs' Amended Complaint, demonstrating the intended amendments. Plaintiffs' Proposed Order Granting Plaintiffs' Motion for Leave to File a Second Amended Complaint is attached as Exhibit 3.

As set forth in Plaintiffs' accompanying Memorandum of Law in Support of Their Motion for Leave to File a Second Amended Complaint, each of the amendments is brought in good faith, is timely filed, and will not prejudice Defendants.

WHEREFORE, Plaintiffs respectfully request that their motion for leave to file a Second Amended Complaint be granted.

Dated this 9th day of July, 2025

Respectfully submitted,

By: /s/ Mariana C. Lopez
Mariana C. Lopez
Francisca D. Fajana
Cesar Z. Ruiz
Michael Asparrin*
LatinoJustice PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
212.319.3360
Mlopez@latinojustice.org
FFajana@latinojustice.org
CRuiz@latinojustice.org
MAsparrin@latinojustice.org

*Admission Application forthcoming