UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New York Immigration Coalition, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, in his official capacity, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO:<br>25-cv-01309-MMG |

**PLAINTIFF M.P.'S NOTICE
OF MOTION TO PROCEED ANONYMOUSLY**

TO ALL DEFENDANTS, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, based upon the attached Memorandum of Law in Support of Plaintiff's Motion to Proceed Anonymously, Plaintiff M.P., through Counsel, moves to proceed anonymously in the lawsuit filed on February 13, 2025 and amended on July 9, 2025 (the "Second Amended Complaint") challenging Executive Order 14160 and its unconstitutional impact on immigrants. Plaintiff M.P. moves to proceed anonymously pursuant to the judicially established

exceptions to Rule 10(a) of the Federal Rules of Civil Procedure on the grounds that Plaintiff's interest in anonymity heavily outweighs any public interest in disclosure or possible prejudice to Defendants. Plaintiff requests oral argument on this motion should Counsel's familiarity with the record, as well as the legal authorities supporting these claims, aid the Court in its decision-making process.

Dated this 9th day of July, 2025

                                    Respectfully submitted,

                                    By: /s/Mariana C. Lopez
                                    Mariana C. Lopez
                                    Cesar Z. Ruiz
                                    Francisca D. Fajana
                                    Michael Asparrin*
                                    LatinoJustice PRLDEF
                                    475 Riverside Drive, Suite 1901
                                    New York, NY 10115
                                    212.319.3360
                                    Mlopez@latinojustice.org
                                    CRuiz@latinojustice.org
                                    FFajana@latinojustice.org
                                    MAsparrin@latinojustice.org

                                    *Admission Application Forthcoming