

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 25, 2025

**By ECF**
The Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *New York Immigration Coalition, et al. v. Donald J. Trump, et al.*, 25 Civ. 1309 (MMG)

Dear Judge Garnett:

    This Office represents the defendants in the above-referenced matter. As the Court is aware, the Government has filed memoranda of law in opposition to plaintiffs' motions for a preliminary injunction and class certification. *See* ECF Nos. 58, 59. I write respectfully to bring to the Court's attention that on July 23, 2025, the Ninth Circuit Court of Appeals issued a decision in *Washington v. Trump*, No. 25-807, 2025 WL 2061447 (9th Cir. July 23, 2025), affirming the district court's granting of a preliminary injunction which bars the enforcement of Executive Order 14160.

    Thank you for your attention to this matter.

    Respectfully,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    */s/ Jeffrey Oestericher*
    JEFFREY OESTERICHER
    Assistant United States Attorney
    Tel.:  (212) 637-2695
    Email: jeffrey.oestericher@usdoj.gov