

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

August 13, 2025

**By ECF**
The Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *New York Immigration Coalition, et al. v. Donald J. Trump, et al.*, 25 Civ. 1309 (MMG)

Dear Judge Garnett:

    This Office represents the defendants in the above-referenced matter. As the Court is aware, the Government has filed memoranda of law in opposition to plaintiffs' motions for a preliminary injunction and class certification. *See* ECF Nos. 58, 59. I write respectfully to bring to the Court's attention that on August 7, 2025, a District Judge in the District of Maryland issued a decision in *CASA v. Trump*, Civ. No. DLB-25-201, 2025 WL 2257625 (D. Md Aug. 7, 2025), granting plaintiffs' motion for a classwide preliminary injunction.

    Thank you for your attention to this matter.

                          Respectfully,

                          JAY CLAYTON
                        United States Attorney for the
                        Southern District of New York

By:   */s/ Jeffrey Oestericher*
       JEFFREY OESTERICHER
       Assistant United States Attorney
       Tel.:   (212) 637-2695
       Email: jeffrey.oestericher@usdoj.gov