

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 17, 2025

**By ECF**
The Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *New York Immigration Coalition, et al. v. Donald J. Trump, et al.*, 25 Civ. 1309 (MMG)

Dear Judge Garnett:

    This Office represents the defendants ("Defendants") in the above-referenced matter. I write respectfully to request an extension of Defendants' time to respond to Plaintiffs' Second Amended Complaint (ECF No. 60), from Friday, September 19, 2025, until Thursday, September 25, 2025. Plaintiffs take no position with respect to this extension request. This is Defendants' first request for an extension of their deadline to respond to the Second Amended Complaint; the Court *sua sponte* set this response deadline by Order dated August 12, 2025 (ECF No. 65). Counsel needs the additional time to prepare Defendants' response to the Second Amended Complaint due to the unexpected press of business, including work relating to a preliminary injunction motion in another case.

    Thank you for your attention to this matter.

    Respectfully,

    JAY CLAYTON
    United States Attorney for the
    Southern District of New York

By:    */s/ Jeffrey Oestericher*
    JEFFREY OESTERICHER
    Assistant United States Attorney
    Tel.: (212) 637-2695
    Email: jeffrey.oestericher@usdoj.gov