UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK IMMIGRATION COALITION, *et al.*,

                Plaintiffs,

    v.

DONALD J. TRUMP, *et al.*,

                Defendants.

No. 25 Civ. 1309 (MMG)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint, dated September 24, 2025, Defendants hereby move this Court before the Honorable Margaret M. Garnett, United States District Judge, for an Order dismissing the Second Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure or dismissing, staying, or transferring the Second Amended Complaint pursuant to the first-filed rule.

Dated:  New York, New York
         September 25, 2025

| | |
|---|---|
| JAY CLAYTON<br>United States Attorney<br>Southern District of New York | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
| By:  */s/ Jeffrey Oestericher*<br>JEFFREY OESTERICHER<br>Assistant United States Attorney<br>Tel.: (212) 637-2695<br>Email: jeffrey.oestericher@usdoj.gov | ALEXANDER K. HAAS<br>Branch Director<br><br>BRAD P. ROSENBERG<br>Special Counsel<br><br>U.S. Department of Justice<br>Civil Division<br>1100 L Street N.W.<br>Washington, DC 20005 |