

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 6, 2025

**By ECF**
The Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *New York Immigration Coalition, et al. v. Donald J. Trump, et al.*, 25 Civ. 1309 (MMG)

Dear Judge Garnett:

    This Office represents the defendants (the "Government") in the above-referenced matter. As the Court is aware, the Government has filed memoranda of law in opposition to plaintiffs' motions for a preliminary injunction and class certification (*see* ECF Nos. 58, 59), as well as a motion to dismiss (*see* ECF Nos. 69, 70). I write respectfully to bring to the Court's attention that on October 3, 2025, the First Circuit Court of Appeals issued an opinion in *Doe v. Trump*, Nos. 25-1169, 25-1170, 2025 WL 2814730 (1st Cir. Oct. 3, 2025) (annexed hereto), affirming in part, vacating in part, and remanding the district court's entry of preliminary injunctions.

    Thank you for your attention to this matter.

                                                 Respectfully,

                                                 JAY CLAYTON
                                                 United States Attorney for the
                                                 Southern District of New York

                  By:    */s/ Jeffrey Oestericher*
                          JEFFREY OESTERICHER
                          Assistant United States Attorney
                          Tel.:   (212) 637-2695
                          Email: jeffrey.oestericher@usdoj.gov