UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK IMMIGRATION COALITION, ET AL.,

Plaintiffs,

-against-

DONALD J. TRUMP, ET AL.,

Defendants.

25 CIVIL 1309 (MMG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated September 8, 2026, judgment is hereby ENTERED in favor of Plaintiffs. Plaintiffs are prevailing parties on their First Claim (Citizenship Clause of the Fourteenth Amendment), and Fourth Claim (Administrative Procedures Act), for the reasons explained by the Supreme Court in Trump v. Barbara, 146 S. Ct. 2438 (2026). Plaintiffs' Second and Third Claims are DISMISSED without prejudice. Defendants' motion to dismiss is DENIED AS MOOT. Consistent with Trump v. Barbara, Defendants are ENJOINED from enforcing Executive Order No. 14160; accordingly, the case is closed.

**Dated:** New York, New York
September 10, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** Nezam Dulal
**Deputy Clerk**